MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
Pocci@LitchfieldCavo.com
*Attorneys for Defendant Numerica Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ariel Buckwalter,<br><br>                  Plaintiff,<br>v.<br><br>Equifax Information Services LLC; Trans Union LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; Kaye-Smith Enterprises, Inc. and Numerica Credit Union,<br><br>                  Defendants. | **CASE NO.:  2:25-cv-00422-RFB-BNW**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NUMERICA CREDIT UNION TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The current deadline for Defendant Numerica Credit Union to respond to Plaintiff Ariel Buckwalter's complaint is April 3, 2025.  Numerica Credit Union has requested, and Plaintiff has agreed, that Numerica Credit Union shall have up to and including May 5, 2025, to respond to Plaintiff's complaint to provide time for Numerica Credit Union to investigate the dispute alleged in the complaint and for the parties to discuss potential early resolution of the claims asserted against Numerica Credit Union.

1

1    This is the first request for such an extension, and it is made in good faith and not for purposes
2 of delay.
3    Dated: April 3, 2025

| LITCHFIELD CAVO LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| By: /s/ Marisa A. Pocci<br>Marisa A. Pocci, Esq.<br>Nevada Bar No. 10720<br>3993 Howard Hughes Parkway, Suite 100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-3100<br>Facsimile: (702) 916-1776<br>Pocci@LitchfieldCavo.com<br>*Attorneys for Numerica Credit Union* | By: */s/ Gerardo Avalos*<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 South Eastern Ave., Suite 100<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff Ariel Buckwalter* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 4, 2025

2